IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

LeeRonce Larry Williams

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

Ridgeland Nursing and Rehabilitation
Center, et al,

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☑ Yes     ☐ No
               *(check one)*

RCVD - USDC - CHAS, SC
2026 JUN 12 PM 2:23

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name LeeRonce Larry Williams
Street Address 2312 Shell Road
City and County Savannah, Chatham County
State and Zip Code GA, 31404
Telephone Number 912-713-1683

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name Ridgeland Nursing and Rehabilitation center
Job or Title Company
(if known)
Street Address 1516 Grays Hwy, Ridgeland, Sc
City and County Ridgeland, Jasper County
State and Zip Code South Carolina, 29936
Telephone Number

Defendant No. 2

Name Jayme Cunningham
Job or Title Administrator
(if known)
Street Address 1516 Grays Hwy
City and County Ridgeland, Jasper County
State and Zip Code South Carolina, 29936
Telephone Number

Defendant No. 3

Name Aloha Fadden

2

| | |
|---|---|
| Job or Title (if known) | Cook |
| Street Address | 1516 Grays Hwy, |
| City and County | Ridgeland, Jasper County |
| State and Zip Code | South Carolina, 29936 |
| Telephone Number | |

Defendant No. 4

| | |
|---|---|
| Name | Tedra Blake |
| Job or Title (if known) | Human Resources Representative |
| Street Address | 1516 Grays Hwy, |
| City and County | Ridgeland, Jasper County |
| State and Zip Code | South Carolina, 29936 |
| Telephone Number | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the civil Rights Act of 1964, 42 U.S.C. § 2000 e et seq.; 42 U.S.C. § 1981; 42 U.S.C. § 1983

3

Defendant No. 5.

Name: Coretta Frazier

Job title: Corporate

Address: 1516 Grays Hwy

City and County: Ridgeland, Jasper County

State and Zip code: South Carolina 29936

Phone:

Defendant No. 6

Name: Travis Gleason

Job title: Corporate Human Resources Representative

Address: 1516 Grays Hwy

City and County: Ridgeland, Jasper County

State and Zip Code: South Carolina 29936

Phone:

Defendant No. 7

Name: Lisa Jones

Job title: Corporate Human Resources Representative

Address: 1516 Grays Hwy

City and county: Ridgeland, Jasper County

State and Zip Code: South Carolina 29936

Phone:

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Having to deal with Harrassment etc for a long period of time.

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Harrassment, Creating Hostile Work environment, and Retaliation from Defendants.

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory Damages amount determined by the Jury at trial. Punitive Damages against all Defendants. Declaration pursuant to 28 U.S.C. §§ 2201 - 2202. Injunctive Relief

5

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _June 12_, 20_26_

Signature of Plaintiff _____

Printed Name of Plaintiff _Leeßance Williams_

### B.   For Attorneys

Date of signing: _____, 20__.

Signature of Attorney      _____

Printed Name of Attorney   _____

Bar Number                 _____

Name of Law Firm           _____

Address                    _____

Telephone Number           _____

E-mail Address             _____

6